[No. 48167-3-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GERARD FLECK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00163-2, Steven J. Mura, J., entered February 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48188-6-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PETER MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10204-2, Carol A. Schapira, J., entered February 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48223-8-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON MANDERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07643-2, Donald D. Haley, J., entered March 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48267-0-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11557-8, Steven G. Scott, J., entered March 14, 2001. *Affirmed* by unpublished per curiam opinion.